No. 435. MIGUEL *v.* McCARL, COMPTROLLER GENERAL, ET AL. October 23, 1933. Petition for writ of certiorari

to the Court of Appeals of the District of Columbia granted. *Messrs. Samuel T. Ansell* and *George M. Wilmeth* for petitioner. *Solicitor General Biggs* for respondent.